# 658

The People of the State of Illinois, defendant in error, v. Frank Battaglia, plaintiff in error. Gen. No. 35,026.

Opinion filed October 9, 1931. Rehearing denied October 21, 1931.

Louis H. Dembo, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Harry Jacobson, appellee, v. Abraham M. Liebling, appellant. Gen. No. 35,119.

Opinion filed October 9, 1931. Rehearing denied October 21, 1931.

Hershenson & Hershenson, for appellant. Isador Becker, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

## Second District.

Peter Treolo, appellee, v. Iroquois Auto Insurance Underwriters, appellant. Gen. No. 8,107.

Opinion filed May 17, 1930. Rehearing granted June 24, 1930.

Mann & Coleman and Shelby E. Hood, for appellant. Hinchcliff, Miller & Thomas, for appellee.

Mr. Justice Jones delivered the opinion of the court.

Oscar E. Sharp, appellee, v. Theodore Blech and Sam Jacobson, appellants. Gen. No. 8,271.

Opinion filed May 21, 1931. Rehearing denied July 1, 1931.

J. A. Miller, for appellants; Sidney H. Block, of counsel. George W. Field, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.